B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GAYETY CANDY CO., INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-1121850** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3306 Ridge Rd,**<br>**Lansing, IL**<br>ZIP Code **60438-3112** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GAYETY CANDY CO., INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GAYETY CANDY CO., INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Chester H. Foster, Jr. ARDC**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC #03122632**
Printed Name of Attorney for Debtor(s)

**Foster Legal Services, PLLC**
Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterlegalservices.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**July 2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James L. Flessor**
Signature of Authorized Individual

**James L. Flessor**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 2, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **GAYETY CANDY CO., INC.**                              Case No.

                          Debtor(s)                   Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alex Spanos**<br>**10100 Trinity Parkway**<br>**Fifth Floor**<br>**Stockton, CA 95219** | **Alex Spanos**<br>**10100 Trinity Parkway**<br>**Fifth Floor**<br>**Stockton, CA 95219** | **Loan** | | **91,000.00** |
| **Blomer Chocolate**<br>**600 W Kinsey**<br>**Chicago, IL 60654** | **Blomer Chocolate**<br>**600 W Kinsey**<br>**Chicago, IL 60654** | **Trade debt** | | **36,000.00** |
| **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **Factoring Agrement (Lien on all of Debtor's assets)** | | **28,890.00**<br><br>**(0.00 secured)** |
| **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **Factoring Agrement (Lien on all of Debtor's assets)** | | **28,882.00**<br><br>**(0.00 secured)** |
| **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **Factoring Agrement (Lien on all of Debtor's assets)** | | **23,192.00**<br><br>**(0.00 secured)** |
| **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **CAN Capital Merchant Services, Inc.**<br>**2015 Vaughn Road**<br>**Building 500**<br>**Kennesaw, GA 30144** | **Factoring Agrement (Lien on all of Debtor's assets)** | | **71,503.00**<br><br>**(0.00 secured)** |
| **Dave Davila**<br>**3330 Ridge Rd.**<br>**Lansing, IL 60438** | **Dave Davila**<br>**3330 Ridge Rd.**<br>**Lansing, IL 60438** | **Loan** | | **20,000.00** |
| **Dean Martinelli**<br>**3 Earling Ct**<br>**Oconomowc** | **Dean Martinelli**<br>**3 Earling Ct**<br>**Oconomowc** | **Loan** | | **40,000.00** |
| **Dr. Dean Milos**<br>**332 N. York Rd**<br>**Elgin, IL 60121** | **Dr. Dean Milos**<br>**332 N. York Rd**<br>**Elgin, IL 60121** | **Loan** | | **25,000.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **GAYETY CANDY CO., INC.**                              Case No.
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| E. Michael Feltenstein c/o Darryl Lem 850 Burnham Ave Calumet City, IL 60409 | E. Michael Feltenstein c/o Darryl Lem 850 Burnham Ave Calumet City, IL 60409 | Loan | | 65,000.00 |
| Elias (Lee) Flessor 9024 140th St. Apt 2D Orland Park, IL 60462 | Elias (Lee) Flessor 9024 140th St. Apt 2D Orland Park, IL 60462 | Loan | | 59,700.00 |
| Factor Funiding LLC 1 Metro Tech Center 20th Floor Brooklyn, NY 11201 | Factor Funiding LLC 1 Metro Tech Center 20th Floor Brooklyn, NY 11201 | Factoring Agreement (Second Lien on all Debtor's assets) | | 28,500.00 (0.00 secured) |
| Frank Mungo, Jr. 17725 Volbrecht Rd. Lansing, IL 60438 | Frank Mungo, Jr. 17725 Volbrecht Rd. Lansing, IL 60438 | Loan | | 15,000.00 |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-7346 | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-7346 | Unpaid 941 Withholding taxes. | | 120,000.00 |
| James L. Flessor Trust Dated 12-14-02 3306 Ridge Rd Lansing, IL 60438 | James L. Flessor Trust Dated 12-14-02 3306 Ridge Rd Lansing, IL 60438 | Lease arreage | | 17,400.00 |
| Laurene Lamanski 1145 Killarney Dyer, IN 46311 | Laurene Lamanski 1145 Killarney Dyer, IN 46311 | Loan | | 75,000.00 |
| Lenore Garoufalis 14441 Oakley Ave Orland Park, IL 60462 | Lenore Garoufalis 14441 Oakley Ave Orland Park, IL 60462 | Loan | | 55,000.00 |
| Liane Johnson 21385 Bramble Dr. Frankfort, IL 60423 | Liane Johnson 21385 Bramble Dr. Frankfort, IL 60423 | Loan | | 50,000.00 |
| Mike Shutty | Mike Shutty | Loan | | 100,000.00 |
| Nick & Beverly Leep 8001 Austin Ave. Schererville, IN 46375 | Nick & Beverly Leep 8001 Austin Ave. Schererville, IN 46375 | Loan | | 24,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **GAYETY CANDY CO., INC.** Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 2, 2014**         Signature **/s/ James L. Flessor**
**James L. Flessor**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

Alex Spanos
10100 Trinity Parkway
Fifth Floor
Stockton, CA 95219


American Eagle CO.
2600 E River Rd.
Des Plaines, IL 60018


Anne Martinelli
8302 Currie Ave.
Milwaukee, WI 53213


Anne Oliveri
13742 Shadow Wood Lane
Valley Center, CA 92082


Bags & Bows
P.O. Box 88042
Chicago, IL 60680-1042


Bankruptcy Section MS108
Indiana Department of Revenue
100 N. Senate Ave IGCN240
Indianapolis, IN 46204


Beth Flessor
3312 Ridge Rd.
Lansing, IL 60438


Blomer Chocolate
600 W Kinsey
Chicago, IL 60654


Bob Pavich
20 S. Clark St
Suite 700
Chicago, IL 60603


Bruce Packaging
8131 Ridgeway Ave.
Skokie, IL 60076

Calumet Bakery
18349 Torrence Ave.
Lansing, IL 60438


Calumet City Plumbing
645 State St
Calumet City, IL 60409


CAN Capital Merchant Services, Inc.
2015 Vaughn Road
Building 500
Kennesaw, GA 30144


Dave Davila
3330 Ridge Rd.
Lansing, IL 60438


Dean Martinelli
3 Earling Ct
Oconomowc


Deluxe Business Forms
P.O. Box 742572
Cincinnati, OH 45274


Dr. Dean Milos
332 N. York Rd
Elgin, IL 60121


E. Michael Feltenstein
c/o Darryl Lem
850 Burnham Ave
Calumet City, IL 60409


Elias (Lee) Flessor
9024 140th St.
Apt 2D
Orland Park, IL 60462


Factor Funiding LLC
1 Metro Tech Center
20th Floor
Brooklyn, NY 11201

First Personal Bank
14701 S. Ravinia Ave.
Orland Park, IL 60462-3100


Frank Mungo, Jr.
17725 Volbrecht Rd.
Lansing, IL 60438


George Markopoulos
700 Skokie Blvd
Northbrook, IL 60062


HOMEWOOD DISPOSAL SERVICE
1501 W 175th Street
Hazel Crest, IL 60429


Huhtamaki
25089 Network Place
Chicago, IL 60673


Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randolph Street
Chicago, IL 60601


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-7346


James L. Flessor Trust
Dated 12-14-02
3306 Ridge Rd
Lansing, IL 60438


James L. Flessor Trust
Dated 12-14-02


Johhny K's
John Karogianos
17816 Torrence Ave
Lansing, IL 60438


Joseph Mann Creed
P.O. Box 22253
Beachwood, OH 44122

```
Joyce Visnik
7715 Falstaff
Mc Lean, VA 22102


Kathy Humecki & Associates
20180 Governors Hwy
Olympia Fields, IL 60461


Kevin Scanlan
118 N. Windmill Rd
Orland Park, IL 60462


Lansing Electric
18559 WIllow Lane
Lansing, IL 60438


Laurene Lamanski
1145 Killarney
Dyer, IN 46311


Lenore Garoufalis
14441 Oakley Ave
Orland Park, IL 60462


Les & Carol Vandersteeg
2281 E 198th St
Lynwood, IL 60411


Liane Johnson
21385 Bramble Dr.
Frankfort, IL 60423


Medowvale Dairy
109 Beaver Street
Yorkville, IL 60560


Mike Shutty


Mood Radio
1703 W 5th Street
#600
Austin, TX 78703
```

```
Nick & Beverly Leep
8001 Austin Ave.
Schererville, IN 46375


Nick Sampalis
c/o Andrew Sampalis
4560 W 103rd St
Oak Lawn, IL 60453


Prairie Farms
2004 N University Street
Peoria, IL 61604


Preferred Window & Door
19716 Burnham Ave.
Lynwood, IL 60411


Pure Force
P.O. Box 100512
Pasadena, CA 91189


Ray Jackson
12657 S. Mason Ave.
Alsip, IL 60803


Robert Handler
Commercial Recovery Assoc LLC
205 W Wacker,Ste. 1818
Chicago, IL 60606


Scherreville Store Landlord



Triple A Valley Fire
4333 Calumet Ave.
Hammond, IN 46320
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **GAYETY CANDY CO., INC.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GAYETY CANDY CO., INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 2, 2014**

Date

**/s/ Chester H. Foster, Jr. ARDC**

**Chester H. Foster, Jr. ARDC #03122632**

Signature of Attorney or Litigant

Counsel for **GAYETY CANDY CO., INC.**

**Foster Legal Services, PLLC**
**3825 W. 192nd Street**
**Homewood, IL 60430**
**708-799-6300 Fax:708-799-6339**
**chf@fosterlegalservices.com**