## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Gayety Candy Co., Inc. | ) | Chapter 11 |
| | ) | No. 14-24750 |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: 1/21/2015 |
| | ) | Hearing Time: 9:00 a.m. |

### NOTICE OF MOTION

**PLEASE BE ADVISED** that on January 21, 2015 at 9:00 a.m. I will appear before Bankruptcy Judge Wedoff in Courtroom 744, 219 South Dearborn Street, Chicago, Illinois, and then and there present the "**Reorganized Debtor's Motion Seeking Entry of Final Decree,**" a copy of which is attached hereto and hereby served upon you. You may appear at that time if you see fit.

/s/ Chester H. Foster, Jr.

### Certificate of Service

I, Chester H. Foster, Jr., certify that (a) a copy of the attached "**Reorganized Debtor's Motion Seeking Entry of Final Decree,**" was served via ECF service upon the parties requesting to receive copies of pleadings in this matter this 7th day of January 2015.

/s/ Chester H. Foster, Jr.

Chester H. Foster, Jr.
Foster Legal Services, PLLC
19612 Beechnut Dr.
Mokena, IL 60448
(708) 799-6300
A.R.D.C. # 03122632

Motion to Enter Final Decree nom

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Gayety Candy Co., Inc. | ) | Chapter 11 |
| | ) | No. 14-24750 |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: 1/21/2015 |
| | ) | Hearing Time: 9:00 a.m. |

## REORGANIZED DEBTOR'S MOTION
## SEEKING ENTRY OF FINAL DECREE

To:   Honorable Eugene R. Wedoff, Bankruptcy Judge

Now comes Gayety Candy Co., Inc., the Reorganized Debtor in the captioned Chapter 11 Case and states as follows:

1.   On October 29, 2014 the Court entered an Order confirming the "Debtor's Modified Combined Plan of Reorganization and Disclosure Statement Dated September 1, 2014" (the "Plan"), the Effective Date which was January 5, 2015, and the provisions of which called for the Reorganized Debtor to make the initial payments called for under the Plan (the "Initial Plan Payments") on the Effective Date.

2.   The Reorganized Debtor has timely made all of the Initial Plan Payments, and, as such, the Plan has been substantially consummated.

3.   The Reorganized Debtor has paid the office of the United States Trustee the required quarterly fee payments for the fourth quarter of 2014 and the first quarter of 2015.

4.   In light of the foregoing, the Reorganized Debtor requests that the Court enter a Final Decree in the form attached hereto, thereby closing the captioned Chapter 11 Case.

5.   Notice of this Motion was served via ECF service upon the office of the United States Trustee and all parties who have requested to receive notices of pleadings filed in this matter.

**WHEREFORE**, the Debtor requests that the Court enter a Final Decree in the form attached hereto, thereby closing the captioned Chapter 11 Case.

>                       Respectfully submitted,
>                       Gayety Candy Co., Inc. an Illinois
>                       Corporation
>
>
>                       By: *s/s/ Chester H. Foster, Jr.*
>                             One of Its Attorneys

Chester H. Foster, Jr.
Foster Legal Services, PLLC
19612 Beechnut Dr.
Mokena, IL 60448
(708) 799-6300
A.R.D.C. # 03122632