UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:  | ) | BK No.:   14-24750 |
| Gayety Candy Co., Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Final Decree

This cause coming to be heard on the "Reorganized Debtor's Motion Seeking Entry of Final Decree," the Court having entered an Order confirming the "Debtor's Modified Combined Plan of Reorganization Disclosure Statement Dated September 1, 2014" (the "Plan"), and the Plan having been substantially consummated,

IT IS HEREBY ORDERED THAT, Captioned Chapter 11 Cases hereby closed.

Enter:  *[signature: Eugene R. Wedoff]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  January 21, 2015

**Prepared by:**

Chester H. Foster, Jr.
Foster Legal Services, PLLC
19612 Beechnut Dr.
Mokena, IL 60448
(708) 799-6300
A.R.D.C. # 03122632